UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 15-158-JMH

CECILIO GUTIERREZ-MORALES, et al.,                                                      PLAINTIFFS,

V.                       NOTICE FOLLOWING SETTLEMENT CONFERENCE

EARL LEE PLANCK, JR., d/b/a PLANCK FARM
d/b/a B.S. LAND AND CATTLE COMPANY, LLC., et al.,                       DEFENDANTS.

     This matter came before the Court for a settlement conference on Friday, January 29, 2016.  At that time, the parties were unable to reach a resolution of the action.

     Signed February 3, 2016.

Signed By:
Edward B. Atkins   *EBA*
United States Magistrate Judge

TIC/WP: 7:00