Eastern District of Kentucky
FILED

MAR - 7 2017

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION

| | |
|---|---|
| **CECILIO GUTIERREZ-MORALES, *et al.*,** | **ELECTRONICALLY FILED** |
| **Plaintiffs,** | |
| **vs.** | **Civil Action No.: 5:15-CV-158-JMH** |
| **EARL LEE PLANCK, JR., *et al.*,** | |
| **Defendants.** | |

**RULE 41 STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed, by and between Plaintiffs, Cecilio Gutierrez-Morales, Ramiro Perez-De Leon, Herminio De Jesus Velazquez-Cifuentes, Derny Rodriguez-Vazquez, Omar Perez-Morales, Altobeli Perez-De Leon, and Isael Sanchez-Solis, and Defendants Earl Lee Planck, Jr., Earl Lee Planck, Jr. d/b/a Planck Farm, Earl Lee Planck Jr. d/b/a B.S. Land and Cattle Co., LLC, B.S. Land and Cattle Co., LLC, Chad Price, John D. Watkins, John D. Watkins d/b/a High Point Farms LLC, and High Point Farms, LLC, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned matter is hereby dismissed with prejudice against Defendants Earl Lee Planck, Jr., Earl Lee Planck, Jr. d/b/a Planck Farm, Earl Lee Planck Jr. d/b/a B.S. Land and Cattle Co., LLC, B.S. Land and Cattle Co., LLC and Chad Price in accordance with the settlement agreement reached by the parties and approved by the Court, with each side bearing its own costs except as otherwise set forth therein.

This the 7th day of March, 2017.

Joseph M. Hood
Joseph M. Hood
United States District Judge

Respectfully submitted,

**/s/ Kelly A. Holden**
Kelly A. Holden (KBA #86745)
kschoening@dbllaw.com
Kevin F. Hoskins (KBA #91027)
khoskins@dbllaw.com
Dressman Benzinger LaVelle psc
Atrium Two, Suite 2500
221 E. Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 241-4110
Facsimile: (513) 241-4551
*Counsel for Defendants*

**/s/ Gregory S. Schell**
Gregory S. Schell
gschell@trla.org
Southern Migrant Legal Services
A Project of Texas RioGrande Legal Aid, Inc.
9851 Daphne Avenue
Palm Beach Gardens, Florida 33410-4734
Telephone: (561) 627-2108
Facsimile: (561) 328-3814

Caitlin Berberich
cberberich@trla.org
Southern Migrant Legal Services
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Boulevard
Suite 135
Nashville, Tennessee 37217
Telephone: (615) 750-1200
Facsimile: (615) 366-3349

Douglas L. Stevick
dstevick@trla.org
Texas RioGrande Legal Aid, Inc.
5439 Lindenwood Avenue
St. Louis, Missouri 63109
Telephone: (314) 449-5161

McKenzie Cantrell
mckenzie@kyequaljustice.org
Kentucky Equal Justice Center
455 S. Fourth Street
Suite. 1071
Louisville, Kentucky 40202
Telephone: (502) 333-6019
Facsimile: (502) 416-0022
*Counsel for Plaintiffs*